FILED

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0232

IN RE:  MOTION FOR ADMISSION UPON
EXAMINATION

O R D E R

Ellen A. Ipsen has filed a petition for admission to the State Bar of Montana pursuant to Section IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer.  The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Ipsen has provided the necessary documentation and has satisfied the requirements prerequisite to admission under Section IV of the Rules for Admission to the State Bar of Montana.  Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and competition of any other processing requirements as set forth by the Bar Admissions Administrator, Ellen A. Ipsen may be sworn in to the practice of law in the State of Montana. Arrangements for swearing in may be made by contacting the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 2nd day of May, 2023.

FILED

MAY 0 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices